| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 NOV 18 A 11: 14<br>CLERK OF COURT |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **07-00939** |
| In re:<br>ROY CARLTON CABRAL<br>GRACE ANGELINE CABRAL<br><br>Debtor(s). | Chapter: 13 |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 88.81 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **002** | CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P.O. BOX 5010/SECTION 230<br>CONCORD, CA 94524-0010 | $ 809.04 | $ 88.81 |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: November 15, 2010

/s/ _____
Trustee

hib_3011    5/05

U.S. Bankruptcy Court - Hawaii   #07-00939   Dkt # 28   Filed 11/18/10   Page 1 of 1